Dan C. Bowen, Esq.
Ann O. Hall, Esq.
BOWEN HALL OHLSON & OSBORNE
555 South Center Street
Reno, Nevada 89501
775-323-8678
dbowen@bowenhall.com
ahall@bowenhall.com

*Attorneys for Alexander K. Bernhard and Lenore J. Bernhard
As Trustees of the Bernhard Family Trust dated
September 12, 1994*

FILED DEC 17 2009

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| MICHAEL HAMILTON, | 08-cv-615 BES-RAM |
| Plaintiff, | |
| -v- | |
| WAL-MART STORES, INC., et al | |
| Defendants. | |

## JUDGMENT

A Motion to Compel Payment of Attorney's Fees and Compliance with the Court's April 10, 2009 Order having been duly made by the Defendants Alexander K. Bernhard and Lenore J. Bernhard as Trustees of the Bernhard Family Trust dated September 12, 1994 (hereinafter "Bernhards") and a hearing on said motion having been held on December 4, 2009, and good cause appearing therefor,

1

NOW, THEREFORE, judgment is hereby entered in favor of Bernhards and against the Plaintiff's Attorney, Douglas H. Clark (hereinafter "Clark"), as follows:

IT IS SO ORDERED, ADJUDGED AND DECREED that, consistent with the Court's April 10, 2009 Order, Bernhards shall have and recover against Clark the sum of $12,416.25, with interest from the date of this Court's April 10, 2009 Order at the statutory rate as provided by law, which totals $7,201.44 to date, and interest from this date forward on the total judgment dollars $19,617.69, at the legal rate until paid in full.

ORDERED this 17 day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE