BRENDA ENTZMINGER, ESQ.
Nevada Bar No. 9800
JENNIFER LEWKOWSKI, ESQ.
Nevada Bar No. 10823
PHILLIPS, SPALLAS & ANGSTADT LLP
504 S. Ninth St.
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HAMILTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; et al.<br><br>　　　　Defendants. | Case No.: 3:08-cv-00615-BES-RAM<br><br>**ORDER GRANTING DEFENDANT'S WAL-MART STORES, INC.'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Presently before the Court is Defendant Wal-Mart Stores, Inc.'s Motion for Summary Judgment, filed on August 7, 2009. Plaintiff Michael Hamilton filed no opposition. Jennifer Lewkowski, Esq. appeared as attorney for Defendant Wal-Mart Stores, Inc. Plaintiff did not appear.

　　　　Plaintiff, having failed to demonstrate any genuine issue of material fact, and for good cause shown, after considering the moving papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED.

　　　　DATED this 26 day of ~~December, 2009~~ JANUARY, 2010.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

- 2 -

1  Respectfully submitted by:

2  **PHILLIPS, SPALLAS & ANGSTADT LLC**

3  *[signature]*
   BRENDA ENTZMINGER, ESQ.
4  Nevada Bar No. 9800
   JENNIFER LEWKOWSKI, ESQ.
5  Nevada Bar No. 10823
   504 South Ninth Street
6  Las Vegas, Nevada 89101
   (702) 938-1510
7  *Attorney for Defendant*
   *Wal-Mart Stores, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28