AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

MICHAEL HAMILTON,

       Plaintiff,                JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER:   3:08-cv-00615-RCJ -VPC

WAL-MART STORES, INC., et al.,

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, Wal-Mart Stores, Inc., Wal-Mart Real Estate Business Trust, Wal-Mart Stores East, Inc., and Wal-Mart Stores East, LP, and against plaintiff, Michael Hamilton.

 July 21, 2011                                                    **LANCE S. WILSON**
      Date                                                                      Clerk

                                                                             /s/   M. Campbell
                                                                                 Deputy Clerk